## UNITED STATES
v.
## BAILEY AUSTIN

1811

### Journal Entries

1. Indictment delivered and filed . . . . . *Journal, infra,* \*p. 349
2. Plea; issue; jurors; verdict; discharge . . . . . . " 352

### Papers in File

1. Affidavit of Benony Taylor . . . . . . . . . . .
2. Mittimus . . . . . . . . . . . . .
3. Testimony of Joel Thomas . . . . . . . . . .
4. Copy of mittimus . . . . . . . . . . . . .
5. Indictment . . . . . . . . . . . . *Printed in Vol. 2*

## UNITED STATES
v.
## AN OTTAWA BOY AND A CHIPPEWA SQUAW

1811

### Journal Entries

1. Complaint and recognizance filed . . . . *Journal, infra,* \*p. 349

### Papers in File
[None]